Estela Martinez
 Plaintiff,

v.  Case No.: 1:15−cv−01097
 Honorable Robert M. Dow Jr.

Freedman Anselmo Lindberg LLC, et al.
 Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2015:

MINUTE entry before the Honorable Robert M. Dow, Jr: On 5/26/2015, Judge Leinenweber entered a Minute Order on Case No. 14C6694 granting the unopposed motion to reassign this case to his calendar based on relatedness. Accordingly, the status hearing set for 8/11/2015 is canceled and no appearances are necessary. This Court anticipates an Executive Committee Order to follow. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.