

# United States District Court
# Northern District of Illinois

In the Matter of

Estela Martinez

v.

Freedman Anselmo Lindberg, et al

<span style="color:red">Senior Judge Harry D. Leinenweber</span>

Case No. 15-CV-1097

Designated Magistrate Judge
Young B. Kim

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Robert M. Dow Jr. to be related to 14 C 6694 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Harry D. Leinenweber**

Date: Tuesday, May 26, 2015

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Harry D. Leinenweber

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Tuesday, May 26, 2015

District Reassignment - Finding of Relatedness